IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON K. BRILL and JUDITH CARDENAS BRILL, | No. C 10-05104 WHA |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs' complaint was dismissed but they were given an opportunity to file a motion for leave to file an amended complaint. They were warned explicitly that if they failed to file a motion by the deadline, their case would be dismissed (Dkt. No. 13). They have failed to file a motion, so this case is dismissed. Judgment will be entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED.**

Dated: February 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE